SLIP OPINION


Cite as 2016 Ark. App. 252

# ARKANSAS COURT OF APPEALS

DIVISION IV
No. CR–15–762

| | |
|---|---|
| | **Opinion Delivered** May 4, 2016 |
| ANDREW TYLER PERKINS<br>                                APPELLANT | APPEAL FROM THE<br>MONTGOMERY COUNTY<br>CIRCUIT COURT |
| V. | [NO. CR–14–26] |
| STATE OF ARKANSAS<br>                                APPELLEE | HONORABLE JERRY RYAN, JUDGE |
| | AFFIRMED |

## WAYMOND M. BROWN, Judge

Appellant Andrew Perkins was found guilty of possession of drug paraphernalia (methamphetamines) and misdemeanor public intoxication by a Montgomery County jury. He was sentenced to twelve years' imprisonment on the possession charge and was fined $100 for public intoxication.

Perkins argues on appeal that the trial court abused its discretion by not granting him a continuance after voir dire. When the only issue is whether the trial court abused its discretion, we may affirm by memorandum opinion.[1] We have examined the parties' briefs and the applicable law, and we find no abuse of discretion by the trial court in denying the continuance. We therefore affirm by memorandum opinion.

---

[1]*In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985) (per curiam).



Affirmed.

GRUBER and GLOVER, JJ., agree.

*Justin B. Hurst*, for appellant.

*Leslie Rutledge*, Att'y Gen., by: *Jake H. Jones*, Ass't Att'y Gen., for appellee.